IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMEG CORP., <br><br> Petitioner, <br><br> v. <br><br> SUNIL PATEL, <br><br> Respondent. | Civil Action No. 20-111-CFC |

## ORDER

At Wilmington this 19th day of January in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. Petitioner IMEG's Petition to Compel Arbitration (D.I. 1) is **GRANTED.**

2. Pursuant to Section 4 of the Federal Arbitration Act, Respondent Sunil Patel is compelled to arbitrate all of the claims brought by IMEG against Patel in accordance with the rules of the American Arbitration Association, as well as any other claims of the parties that arise out of, or are related to, the Merger Agreement dated September 22, 2015, which Patel successfully invoked in an action in the United States District Court for the Central District of California titled *IMEG Corp. v. Sunil Patel,* No. 2:19-cv-3990.

3. Patel shall pay IMEG within 30 days of the date of this Order IMEG's reasonable attorneys' fees and costs incurred in filing and briefing its Petition to Compel Arbitration.

4.     Respondent Patel's Motion to Dismiss (D.I. 12) is **DENIED.**

5.     IMEG's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (D.I. 23) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with respect to Patel's counsel Richard Frey and the firm of Epstein Becker and Green, P.C. but is **DENIED** with respect to Patel and other counsel.

6.     Attorney Richard Frey and the firm of Epstein Becker & Green P.C. shall pay IMEG within 30 days of the date of this Order an amount equal to IMEG's reasonable attorneys' fees and costs incurred in filing and briefing IMEG's Petition.

_____
UNITED STATES DISTRICT JUDGE

ii