# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMEG CORP., a Delaware Corporation,<br><br>Petitioner,<br><br>vs.<br><br>SUNIL PATEL, an individual,<br><br>Respondent. | Civil Action No.: 1:20-mc-00111-CFC |

## WORD COUNT CERTIFICATION

The undersigned hereby certifies that Petitioner IMEG Corp.'s Motion for an Order Approving the Amount of its Reasonable Attorneys' Fees and Expenses contains 1,122 words (exclusive of the title, caption, and signature block) in Times New Roman 14-point font, counted using Microsoft Word 2016.

| | |
|---|---|
| **OF COUNSEL:**<br><br>**DAVIS WRIGHT TREMAINE LLP**<br><br>John P. LeCrone (CA No. 115875)<br>Scott Commerson (CA No. 227460)<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br>Tel: (213) 633-6800<br>Email: johnlecrone@dwt.com<br>Email: scottcommerson@dwt.com | **PRICKETT, JONES & ELLIOTT, P.A.**<br><br>/s/ *Mary S. Thomas*<br>Mary S. Thomas (DE Bar No. 5072)<br>1310 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 888-6500<br>Email: msthomas@prickett.com<br><br>*Attorneys for Petitioner IMEG Corp.* |

Dated: February 9, 2021