UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMEG CORP., a Delaware Corporation,<br><br>                Petitioner,<br><br>vs.<br><br>SUNIL PATEL, an individual,<br><br>                Respondent. | Civil Action No. 1:20-mc-00111-CFC |

**[PROPOSED] ORDER GRANTING PETITIONER
IMEG CORP.'S MOTION FOR APPROVAL OF
<u>REASONABLE ATTORNEYS' FEES AND EXPENSES</u>**

WHEREAS, the Court having considered Petitioner IMEG Corp.'s Motion for an Order Approving the Amount of its Reasonable Attorneys' Fees and Expenses (the "Motion"), and for good cause shown,

IT IS HEREBY ORDERED this _____ day of _____, 2021, that:

1. The Motion is GRANTED;

2. In accordance with the Court's January 19, 2021 Order (D.I. 36), Respondent Sunil Patel shall pay or cause to be paid to Petitioner's counsel, Davis Wright Tremaine LLP, reasonable fees and expenses in the sum of $_____; and

3. In accordance with the Court's January 19, 2021 Order (D.I. 36), attorney Richard Frey and the firm of Epstein Becker & Green P.C. shall pay or

cause to be paid to Petitioner's counsel, Davis Wright Tremaine LLP, reasonable fees and expenses in the sum of $_____.

 

_____
The Honorable Colm F. Connolly